**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CRYSTAL HANDLEY, on behalf of
E.F., a minor,

       Plaintiff,                            CASE NO. 2:15-cv-12656

v.                                         HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION; GRANTING THE COMMISSIONER'S MOTION FOR
SUMMARY JUDGMENT; DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT; AND AFFIRMING THE COMMISSIONER'S FINDINGS**

Plaintiff Crystal Handley has brought this action on behalf of E.F., her minor child, challenging the Commissioner of Social Security's final decision denying the application for supplemental security income under the Social Security Act.  The case was referred to Magistrate Judge Stephanie Dawkins Davis pursuant to 28 U.S.C. § 636(b)(1).  Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated August 18, 2016, Magistrate Judge Davis recommended that the Commissioner's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied.  (Doc. 21).

In the R&R, the Magistrate Judge informed the parties that objections to the R&R must be filed within fourteen days of service and that a party's failure to file objections would waive any further right of appeal.  (Id., pp. 31-32).  Neither party filed objections.  Because no objections have been filed in this case, the parties waived their right to *de novo* review and appeal.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 21), **GRANTS** the Commissioner's Motion for Summary Judgment (Doc. 18), and **DENIES** Plaintiff's Motion for Summary Judgment (Doc. 16).  The Court therefore **AFFIRMS** the Commissioner's findings and conclusions.

**IT IS SO ORDERED.**

Date:   September 12, 2016                    s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 12, 2016.

                                              s/ Kay Doaks
                                              Case Manager